In the Matter of FRANK LOPINTO, Appellant, against ORDWAY TEAD et al., Constituting the Board of Higher Education of the City of New York, et al., Respondents.

Argued June 2, 1953; decided July 14, 1953.

*Morris Weissberg* and *Sidney A. Fine* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Helen R. Cassidy, Seymour B. Quel* and *Daniel T. Scannell* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.